No. 89–1210.   HARDUVEL ET AL. v. GENERAL DYNAMICS CORP., 494 U. S. 1030.   Motion of petitioners to defer consideration of the petition for rehearing denied.   Petition for rehearing denied.